# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 25-07839 |
| George H Kouriabalis, ) | Honorable Timothy A Barnes |
| ) | Chapter 13 |
| DEBTOR. ) | |

## **NOTICE OF MOTION**

TO: Thomas H Hooper, 55 E Monroe St. STE 3850, Chicago, IL 60603, via ECF;

See attached service list.

PLEASE TAKE NOTICE that on May 29, 2025, at 9:30 a.m., I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, either in courtroom **744** of the Federal Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the attached motion and you may appear if you so choose

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is **161 329 5276** and the passcode is **433658**. The meeting ID and password can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.


By: /s/ John Wonais
Wonais Law, LLC
11070 S. Western Ave, STE 9
Chicago, IL 60643

# CERTIFICATE OF SERVICE

I, John Wonais,

An attorney, hereby certify

That I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on May 22, 2025, at or before 5:00 p.m.

                                                By: /s/ John Wonais  
                                                Wonais Law, LLC  
                                                11070 S. Western Ave, STE 9  
                                                Chicago, IL 60643  
                                                (312) 883-5422  
                                                john@wonaislaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 25-07839<br>Northern District of Illinois<br>Eastern Division<br>Thu May 22 15:12:02 CDT 2025 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | CFNA<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 | CitiBank C/O Manley Deas Kochalski<br>One East Wacker Suite 1250<br>Chicago, IL 60601-1980 |
| Citibank<br>PO Box 790040<br>St Louis, MO 63179-0040 | First Midwest Bank<br>One Pierce Place Lower LEvel<br>Itasca, IL 60143-1254 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 |
| Harlem & Milwaukee<br>7505 N Milwaukee Ave.<br>Niles, IL 60714-3621 | Harlem & Milwaukee<br>C/O Sorman Frankel<br>180 N LaSalle St STE 2700<br>Chicago, IL 60601-2709 | IDOR - Bankruptcy Section<br>PO Box 19035<br>Chicago, IL 60619-0001 |
| IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Inland Bank<br>2805 Butterfield  Road<br>Oak Brook, IL 60523-1170 | Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| Jpmcb<br>MailCode LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Lutheran General Hospital<br>1775 Dempster St<br>Park Ridge, IL 60068-1174 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Mr. Cooper<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261-9098 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Specialized Loan Servicing LLC<br>Attn: Bankruptcy<br>P.O. Box 630147<br>Littleton, CO 80163-0147 |
| Synchrony Bank/AVB Buying Group<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Adam G. Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | George H Kouriabalis<br>1032 Bette Lane<br>Glenview, IL 60025-2444 |
| John P Wonais<br>Wonais Law, LLC<br>11070 S. Western Ave., STE 9<br>Chicago, IL 60643-3928 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                   25 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 25-07839 |
| George H Kouriabalis, ) | Honorable Timothy A Barnes |
| ) | Chapter 13 |
| DEBTOR. ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES George H Kouriabalis, Debtor, by and through his attorneys, Wonais Law, LLC, and moves this Honorable Court to Extend the Automatic Stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code on 05/22/2025 and a plan of reorganization on 05/22/2025. Debtor's confirmation hearing is 7/10/2025. This case has not yet been confirmed by this Honorable Court.

3. The Debtor is requesting this Honorable Court to extend the automatic stay pursuant to Section 362 (c)(3)(A).

4. The Debtor previously a prior case dismissed within the past year. Debtor's prior case, case number 24-13749, was filed on 09/18/2024 and dismissed on 03/20/2025 for failure to make plan payments.

    a. In Debtor's prior case, he suffered a heart attack and was hospitalized, rendering him unable to work.

  b. In Debtor's prior case, he was evicted from his place of business and unable to generate income.

    i. That as a result, he was unable to make his plan payments and his case was dismissed.

5. In Debtor's current case, his circumstances have changed as follows (see affidavit attached as *Exhibit A,* and Schedules I and J as *Exhibits B and C*):

  a. In Debtor's current case, Debtor has a second job and more income.

    i. Debtor is operating his business, Exam Corp, out of his house now; and

    ii. Debtor is taking medication for his heart.

  b. As a result of Debtor's increased income and stable health, he can successfully complete his Chapter 13 Plan.

6. That Debtor is filing the instant case in good faith and intends to complete the Chapter 13 Plan.

7. That, equitably, the stay should be extended.

WHEREFORE, the Debtor, George H Kouriabalis, prays this Court for the following relief:

  A. That this Honorable Court extend the automatic stay for the reasons set for above; and

  B. For such other and further relief this court deems just and proper.

Respectfully Submitted,

By: /s/ *John Wonais*
Attorney for Debtor
Wonais Law, LLC
11070 S. Western Ave, STE 9
Chicago, IL 60643