# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: GEORGE H KOURIABALIS | ) | Case No. 25 B 07839 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

| | |
|---|---|
| GEORGE H KOURIABALIS<br>1032 BETTE LN<br>GLENVIEW, IL 60025 | WONAIS LAW LLC<br>via Clerk's ECF noticing procedures |

PLEASE TAKE NOTICE that on **August 14, 2025 at 10:30 am.**, I will appear before the Honorable Judge TIMOTHY A BARNES or any judge sitting in the judge's place, **either** in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss for failure to make plan payments, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

   **Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, Besira Nikolla a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. mail or by the methods indicated on August 04, 2025.

| | |
|---|---|
| Thomas H. Hooper<br>Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Chicago, IL 60603<br>(312) 294-5900 | /s/ Besira Nikolla<br>_____ |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE: GEORGE H KOURIABALIS ) Case No. 25 B 07839
)
) Chapter 13
Debtor(s) )
) Judge: TIMOTHY A BARNES

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On May 22, 2025 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

Pursuant to 11 U.S.C. § 1326 (a)(1), "Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of filing of the plan or the order for relief, whichever is earlier..."

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 3 | $3,500.00 | $0.00 | $3,500.00 |

A summary of the 3 most recent receipt items is set forth below:  Report Date: 08/04/2025
Due Each Month: $1,750.00
Next Payment Due: 08/21/2025

| Receipt Date | Ref Number | Amount |
|---|---|---|

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900